IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO.: 2:26-cr-00146-ECM-SMD
)
CHRISTOPHER TERRELL BALLARD )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11

and has entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and

examining the Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily

and there is a factual basis for the plea. I therefore recommend that the plea of guilty be

accepted.

Done this 21 st day of May, 2026.

_____
STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE

## NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of

law adopted by the district judge if the party fails to object to the finding or conclusion

within fourteen days after issuance of the Report and Recommendation containing the

finding or conclusion.